## MONTERAL MORRIS *v.* COMMISSIONER OF CORRECTION

The petitioner Monteral Morris' petition for certification for appeal from the Appellate Court, 131 Conn. App. 839 (AC 32085), is denied.

*Justine F. Miller*, assigned counsel, in support of the petition.

*Rocco A. Chiarenza*, deputy assistant state's attorney, in opposition.

Decided December 15, 2011

## JAMES D. COHEN ET AL. *v.* ROLL-A-COVER, LLC, ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 131 Conn. App. 443 (AC 32430), is denied.

HARPER, J., did not participate in the consideration of or decision on this petition.

*Joseph L. Rini* and *Michael P. Morris*, pro se, in support of the petition.

*Michael T. Bologna* and *James D. Cohen*, pro se, in opposition.

Decided December 15, 2011

## STATE OF CONNECTICUT *v.* VANCE SOLMAN

The defendant's petition for certification for appeal from the Appellate Court, 131 Conn. App. 846 (AC 32617), is denied.

*Damon A. R. Kirschbaum*, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided December 15, 2011